IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

In re

JOEY BRADFORD TOLLEY,

    Debtor,

PUTNAM COUNTY BANK,

    Appellant,

v.                                                Civil Action No. 3:11-0596

JOEY BRADFORD TOLLEY, Debtor, and
OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

    Appellees.

### AGREED ORDER DISMISSING APPEAL

It appears to the Court from the signatures of counsel for the parties to this appeal that the parties agree to the dismissal of this appeal. Upon mature consideration, the Court has determined to dismiss this appeal of the Bankruptcy Court's order.

IT IS, ACCORDINGLY, **ORDERED** that this civil action is dismissed.

Enter:

                                                  ROBERT C. CHAMBERS
                                                  UNITED STATES DISTRICT JUDGE

Agreed to by:

/s/ Charles I. Jones, Jr.
Charles I. Jones, Jr., Esq.
WV Bar No. 1913
P. O. Box 2393
Charleston, WV 25328-2393
(304) 346-2391
Counsel for Putnam County Bank (signatures follow on next page)

　/s/ James W. Lane, Jr. (with permission by email 7-23-12)
James W. Lane, Jr., Esq.
WV Bar No. 6483
P. O. Box 11806
Charleston, WV 25339
304-342-0081
Counsel for Official Committee of Unsecured Creditors

　/s/ Joseph W. Caldwell　(with permission by fax 7-24-12)
Joseph W. Caldwell, Esq.
WV Bar No. 586
P.O. Box 4427
Charleston, WV 25364
(304) 925-2100
and

　/s/ Marshall C. Spradling　(with permission by fax 7-24-12)
Marshall C. Spradling, Esq.
WV Bar No. 3539
3818 MacCorkle Avenue, SE
Charleston, WV 25304
(304) 343-2544
Co-counsel for Debtor Joey Bradford Tolley